PROB 12B
ED/AR (12/2010)




FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV -9 2011

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Ricky Monts, Jr. | Case Number: 4:09CR00136-01 JLH |

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
Chief United States District Judge

Offense:   Forgoing a United States Treasury Check

Date of Sentence:   April 29, 2010

Sentence:   30 months BOP, 3 years supervised release, mandatory drug testing, substance abuse treatment, financial disclosure, $100 SPA, and $3,329 restitution

Type of Supervision:   Supervised release   Date Supervision Commenced: October 7, 2011
Expiration Date: October 6, 2014

Asst. U.S. Attorney: Angela Jegley   Defense Attorney: Latrece Gray

U.S. Probation Officer: Dorahn R. Garman
Phone No.: 501-604-5276

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.**

### CAUSE

Mr. Monts indicated he was having difficulty coping with the tragic loss of his mother. Mr. Monts has requested that his conditions be modified to include mental health counseling. In addition, he signed a Prob 49 waiver agreeing to the modification. Mr. Monts' attorney, Assistant Federal Public Defender Latrece Gray, also agreed to the modification.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Ricky Monts, Jr. Case Number: 4:09CR00136-01 JLH

_____   _____
Dorahn R. Garman              Angela Jegley
U.S. Probation Officer        Assistant U.S. Attorney

Date: November 8, 2011        Date: 11-8-11

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

DRG/klm

c: Assistant Federal Public Defender, Latrece Gray, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Angela Jegley, P.O. Box 1229, Little Rock, AR 72203