# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                      NO. 4:09CR00136-01 JLH

RICKY MONTS, JR.                                                    DEFENDANT

## ORDER

The Court conducted a hearing on Tuesday, May 29, 2012, to address the pending motion to revoke supervised release. Assistant United States Attorney Angela Jegley was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Latrece Gray. United States Probation Officer Dorahn Garman was also present.

Upon inquiry from the Court, the defendant did not contest the allegations contained in the motion to revoke. Following statements from counsel and the defendant, the Court found that the motion to revoke should be denied and instead determined that defendant's current conditions of supervised release should be modified. Document #33.

IT IS THEREFORE ORDERED that defendant Ricky Monts, Jr.'s conditions of supervised release are hereby modified to include the following:

- The defendant must participate in and successfully complete an in-patient substance abuse treatment program at the Freedom House in Russellville, Arkansas, under the direction of the United States Probation Office for a period of time to be determined.

- Upon successful completion of the in-patient substance abuse treatment program, defendant may be required to enter a chemical-free living program as directed by the United States Probation Office.

- Following successful completion of the in-patient substance abuse treatment program and chemical-free living program, defendant may be placed in a residential reentry facility for a period of 90 days as directed by the probation officer.

The defendant will remain in the custody of the United States Marshal until Wednesday, May 30, 2012, at which time he may be released from the Pulaski County Detention Facility to the care of the Federal Public Defender's Office, who will transport him to the Freedom House.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 29th day of May, 2012.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE